|                   |                   |
|-------------------|-------------------|
| The Honorable:    | EUGENE R. WEDOFF  |
| Chapter 7         |                   |
| Location:         | Room 744          |
| Hearing Date:     | 10/18/2011        |
| Hearing Time:     | 10:00 a.m.        |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   JACUNSKI, DEBRA KAY   §   Case No. 10-04208
§
§
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10 a.m. on 10/18/2011 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/14/2011     By:   /s/KAREN R. GOODMAN
                                  Trustee

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| KAREN R. GOODMAN<br>SHEFSKY & FROELICH, LTD<br>111East Wacker Drive<br>SUITE 2800<br>CHICAGO, IL 60601<br>(312) 527-4000<br>Chapter 7 Trustee | The Honorable:<br>Chapter 7<br>Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: | EUGENE R. WEDOFF<br><br>Room 744<br>10/18/2011<br>10:00 a.m.<br>/ / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: JACUNSKI, DEBRA KAY § Case No. 10-04208
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 12,656.18

*and approved disbursements of*  $ 1,835.38

*leaving a balance on hand of* [1]  $ 10,820.80

**Balance on hand:**  $ 10,820.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 10,820.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 1,835.62 | 0.00 | 1,835.62 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 855.00 | 0.00 | 855.00 |

Total to be paid for chapter 7 administration expenses:  $ 2,690.62
Remaining balance:  $ 8,130.18

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,130.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 8,130.18

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,850.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 12,351.98 | 0.00 | 2,014.49 |
| 2 | Chase Bank USA, N.A. | 8,364.69 | 0.00 | 1,364.19 |
| 3 | Chase Bank USA, N.A. | 4,493.79 | 0.00 | 732.89 |
| 4 | Chase Bank USA, N.A. | 6,909.26 | 0.00 | 1,126.83 |
| 5 | Chase Bank USA, N.A. | 12,252.86 | 0.00 | 1,998.31 |
| 6 | Chase Bank USA, N.A. | 5,345.14 | 0.00 | 871.74 |
| 7 | American Express Bank, FSB | 34.81 | 0.00 | 5.68 |
| 8 | American Express Centurion Bank | 98.43 | 0.00 | 16.05 |

Total to be paid for timely general unsecured claims: $ 8,130.18
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                  Case No. 10-04208-ERW
Debra Kay Jacunski                                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales              Page 1 of 2              Date Rcvd: Sep 14, 2011
                              Form ID: pdf006              Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2011.
```
db          +Debra Kay Jacunski,    2228 Madison Pl.,    Evanaston, IL 60202-1928
aty         +Jeffrey Strange,    Jeffrey Strange & Associates,    717 Ridge Road,    Wilmette, IL 60091-2486
tr          +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
              Chicago, IL 60601-4277
15060210     AT&T,    PO Box 8100,    Aurora, IL  60507-8100
15060208     American Express,    PO Box 981537,    El Paso, TX  799981537
15775014     American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
15826609     American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
15060209    +Associated Recovery Systems,    960 S. Andreasen Dr. Suite B,    Escondido, CA 92029-1964
15060211     Bottom Line Books,    PO Box 361014,    Des Moines, IA  50336-1014
15060206     Capital Management Services,    PO Box 319,    Buffalo, NY  142070319
15060212     Chase Bank,    800 Brooksedge Blvd,    Westerville, OH  430812822
15677531     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15060213    +Chase Cards,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
15060214     Citi Cards CBSDNA,    PO Box 6500,    c/o Citi Corp,    Sioux Falls, SD  571176500
15060215     Citicards/Citibank,    Allianceone Receiveables,    PO Box 3107,    Southeastern, PA  19398-3107
15060216     City of Evanston,    Citation Processing Center,    PO Box 3214,    Milwaukee, WI  53201-3214
15060220    +Debra Kay Jacunski,    2228 Madison Pl.,    Evanston, IL 60202-1928
15060217     Dex AT&T Yellow Pages,    PO Box 660835,    Dallas, TX  75266-0835
15060219   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: HSBC Carsons,    PO Box 15524,    Wilmington, DE  198505524)
15060222    +JP Morgan Chase Bank,    1111 Polaris Parkway,    Columbus, OH 43240-2050
15060221    +Jeffrey Strange,    717 Ridge,    Wilmette, IL 60091-2486
15060224    +LB Retail,    450 Winks Lane,    Data Reporting,    Bensalem, PA 19020-5932
15060225     Northshore Univ. Health System,    Hospital Billing,    23056 Network Place,
              Chicago, IL  60673-1230
15060226    +Pinnacle Management Services,    514 Market Loop,    Suite 103,    Dundee, IL 60118-2181
15060227     The Home Depot/CBSD,    CCS Gray Ops Center,    POP Box 6497,    Sioux Falls, SD  571176497
15060228    +Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15060207    +E-mail/Text: roy.buchholz@allianceoneinc.com Sep 15 2011 02:26:31     Allianceone Receivables,
              PO Box 3107,    Southeastern, PA 19398-3107
15614896     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 15 2011 03:17:15     Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
15060218    +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 15 2011 03:17:15
              Discover Financial Services LL,    PO Box 15316,    Wilmington, DE 19850-5316
15060223    +E-mail/PDF: cr-bankruptcy@kohls.com Sep 15 2011 03:17:55      Kohls/Chase,
              N56W17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
              Chicago, IL 60601-4277
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: ccabrales           Page 2 of 2              Date Rcvd: Sep 14, 2011
                              Form ID: pdf006           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2011**          **Signature:**          *Joseph Speetjens*