KAREN R. GOODMAN
SHEFSKY & FROELICH, LTD
111East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000
    Chapter 7 Trustee

The Honorable:        EUGENE R. WEDOFF
Chapter   7
Location: _____
Hearing Date: _____ / /
Hearing Time: _____
Response Date: _____ / /

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: JACUNSKI, DEBRA KAY        §   Case No.  10-04208
                  §
                  §
   Debtor(s)           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $146,183.00        Assets Exempt:  $27,983.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,130.41     Claims Discharged
                   Without Payment: $95,116.23

Total Expenses of Administration:  $2,726.00

3)  Total gross receipts of $   12,656.41   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $   1,800.00   (see **Exhibit 2**), yielded net receipts of $10,856.41 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $207,597.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,726.00 | 2,726.00 | 2,726.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 103,656.68 | 49,850.96 | 49,850.96 | 8,130.41 |
| **TOTAL DISBURSEMENTS** | $311,253.68 | $52,576.96 | $52,576.96 | $10,856.41 |

4)  This case was originally filed under Chapter 7 on February 03, 2010. The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as   **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2012                 By:  /s/KAREN R. GOODMAN
                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Hartford whole life insurance/retirement savings | 1129-000 | 12,652.92 |
| Interest Income | 1270-000 | 3.49 |
| **TOTAL GROSS RECEIPTS** | | **$12,656.41** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Debra K. Jacunski | Payment of Exemption Claimed for Hartford Annuity | 8100-002 | 1,800.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,800.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | JP Morgan Chase Bank | 4110-000 | 71,682.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 135,915.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$207,597.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 1,835.62 | 1,835.62 | 1,835.62 |
| ALAN D. LASKO | 3410-000 | N/A | 855.00 | 855.00 | 855.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 11.13 | 11.13 | 11.13 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 24.25 | 24.25 | 24.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,726.00 | 2,726.00 | 2,726.00 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 12,351.00 | 12,351.98 | 12,351.98 | 2,014.55 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 8,365.00 | 8,364.69 | 8,364.69 | 1,364.23 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 4,494.00 | 4,493.79 | 4,493.79 | 732.91 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 6,909.00 | 6,909.26 | 6,909.26 | 1,126.86 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 12,253.00 | 12,252.86 | 12,252.86 | 1,998.37 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 5,889.00 | 5,345.14 | 5,345.14 | 871.76 |
| 7 | American Express Bank, FSB | 7100-000 | N/A | 34.81 | 34.81 | 5.68 |
| 8 | American Express Centurion Bank | 7100-000 | N/A | 98.43 | 98.43 | 16.05 |
| NOTFILED | City of Evanston Citation Processing Center | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Citicards/Citibank Allianceone Receiveables | 7100-000 | 24,354.00 | N/A | N/A | 0.00 |
| NOTFILED | Citicards/Citibank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dex AT&T Yellow Pages | 7100-000 | 208.42 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial Services LL | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Northshore Univ. Health System | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | The Home Depot/CBSD CCS Gray Ops Center | 7100-000 | 8.00 | N/A | N/A | 0.00 |
| NOTFILED | Northshore Univ. Health System Hospital Billing | 7100-000 | 1,601.00 | N/A | N/A | 0.00 |
| NOTFILED | LB Retail | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Carsons | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards CBSDNA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bottom Line Books | 7100-000 | 31.90 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 247.36 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards CBSDNA | 7100-000 | 26,920.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 103,656.68 | 49,850.96 | 49,850.96 | 8,130.41 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-04208
**Case Name:** JACUNSKI, DEBRA KAY

**Period Ending:** 01/11/12

**Trustee:** (520191)   KAREN R. GOODMAN
**Filed (f) or Converted (c):** 02/03/10 (f)
**§341(a) Meeting Date:** 03/17/10
**Claims Bar Date:** 08/18/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2228 Madison Place, Evanston, IL<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 135,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking at First Bank & Trust<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | personal checking account at 1st Bank & Trust<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | personal savings account at First Bank & Trust<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | household furniture and cooking equipment<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | Used clothing<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Edward Jones SEP/IRA<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,633.00 | 0.00 | DA | 0.00 | FA |
| 8 | Hartford whole life insurance/retirement savings<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 12,193.00 | 10,393.00 | | 12,652.92 | FA |
| 9 | 2002 Jeep Liberty with 65,870 miles<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 3 Massage tables valued at approximately<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 750.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3.49 | FA |
| 11 | **Assets**      **Totals** (Excluding unknown values) | **$158,376.00** | **$10,393.00** | | **$12,656.41** | **$0.00** |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-04208

**Case Name:** JACUNSKI, DEBRA KAY

**Period Ending:** 01/11/12

**Trustee:**     (520191)    KAREN R. GOODMAN

**Filed (f) or Converted (c):** 02/03/10 (f)

**§341(a) Meeting Date:**    03/17/10

**Claims Bar Date:**    08/18/10

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Retain accountant, if necessary; file tax returns; claims review; file TFR.

**Initial Projected Date Of Final Report (TFR):**      December 31, 2010      **Current Projected Date Of Final Report (TFR):**      September 14, 2011  (Actual)

Printed: 01/11/2012 04:23 PM     V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-04208
**Case Name:** JACUNSKI, DEBRA KAY

**Taxpayer ID #:** \*\*-\*\*\*7373
**Period Ending:** 01/11/12

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-\*\*\*\*\*\*40-65 - Money Market Account
**Blanket Bond:** $61,494,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/02/10 | {8} | Hartford Life and Annuity | Cash surrender value of Hartford Life Insurance Policy | 1129-000 | 12,652.92 | | 12,652.92 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.67 | | 12,653.59 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.76 | | 12,654.35 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.74 | | 12,655.09 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,655.19 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,655.29 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,655.39 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,655.49 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,655.59 |
| 02/08/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2011 FOR CASE #10-04208, Bond #016026455 | 2300-000 | | 11.13 | 12,644.46 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 12,644.55 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,644.65 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,644.75 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,644.85 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,644.95 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,645.05 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 24.25 | 12,620.80 |
| 08/18/11 | 1002 | Debra K. Jacunski | Payment of Exemption Claimed for Hartford Annuity | 8100-002 | | 1,800.00 | 10,820.80 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 10,820.90 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,820.98 |
| 10/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.05 | | 10,821.03 |
| 10/18/11 | | To Account #9200\*\*\*\*\*\*4066 | FUNDS TRANSFER | 9999-000 | | 10,821.03 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,656.41 | 12,656.41 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,821.03 | |
| | | | **Subtotal** | | 12,656.41 | 1,835.38 | |
| | | | Less: Payments to Debtors | | | 1,800.00 | |
| | | | **NET Receipts / Disbursements** | | $12,656.41 | $35.38 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-04208
**Case Name:** JACUNSKI, DEBRA KAY

**Taxpayer ID #:** **-***7373
**Period Ending:** 01/11/12

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******40-66 - Checking Account
**Blanket Bond:** $61,494,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/18/11 | | From Account #9200******4065 | FUNDS TRANSFER | 9999-000 | 10,821.03 | | 10,821.03 |
| 10/18/11 | 101 | ALAN D. LASKO | TRUSTEE'S ATTORNEYS' FEES  PER COURT ORDER DATED 10/18/2011 | 3410-000 | | 855.00 | 9,966.03 |
| 10/18/11 | 102 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 10/18/2011 | 2100-000 | | 1,835.62 | 8,130.41 |
| 10/18/11 | 103 | Discover Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 10/18/2011 | 7100-000 | | 2,014.55 | 6,115.86 |
| 10/18/11 | 104 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 10/18/2011 | 7100-000 | | 1,364.23 | 4,751.63 |
| 10/18/11 | 105 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 10/18/2011 | 7100-000 | | 732.91 | 4,018.72 |
| 10/18/11 | 106 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER DATED 10/18/2011 | 7100-000 | | 1,126.86 | 2,891.86 |
| 10/18/11 | 107 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED 10/18/2011 | 7100-000 | | 1,998.37 | 893.49 |
| 10/18/11 | 108 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED 10/18/2011 | 7100-000 | | 871.76 | 21.73 |
| 10/18/11 | 109 | American Express Bank, FSB | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER DATED 10/18/2011 | 7100-000 | | 5.68 | 16.05 |
| 10/18/11 | 110 | American Express Centurion Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER DATED 10/18/2011 | 7100-000 | | 16.05 | 0.00 |

|  | | | | **ACCOUNT TOTALS** | 10,821.03 | 10,821.03 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 10,821.03 | 0.00 | |
| | | | | **Subtotal** | 0.00 | 10,821.03 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | $0.00 | $10,821.03 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-04208
**Case Name:** JACUNSKI, DEBRA KAY

**Taxpayer ID #:** **-***7373
**Period Ending:** 01/11/12

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******40-66 - Checking Account
**Blanket Bond:** $61,494,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******40-65** | 12,656.41 | 35.38 | 0.00 |
| **Checking # 9200-******40-66** | 0.00 | 10,821.03 | 0.00 |
| | $12,656.41 | $10,856.41 | $0.00 |

{} Asset reference(s)

Printed: 01/11/2012 04:23 PM    V.12.57